# Court of Appeals
# of the State of Georgia

ATLANTA,  February 25, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1337.  CHAUNCEY BARNWELL v. CHRISTINE TATUM.**

Christine Tatum d/b/a Tatum Court Reporting filed suit against Chauncey Barnwell d/b/a Brown Barnwell, PC in magistrate court.  The magistrate court found in favor of Tatum, and Barnwell appealed to state court.  The state court entered a judgment in favor of Tatum in the amount of $905.80 plus interest and costs. Barnwell then filed this direct appeal.  We, however, lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review.  See OCGA § 5-6-35 (a) (11), (b); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995).  And appeals in actions for damages in which the judgment is $10,000.00 or less likewise must be brought by discretionary application.  OCGA § 5-6-35 (a) (6), (b); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998).  "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Barnwell's failure to comply with the discretionary review procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  02/25/2020*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*